## EX PARTE SEWELL FIELDS.

### No. 6669.   Decided November, 1921.

**Habeas Corpus—Companion Case—Practice on Appeal:**

Where appellant was admitted to bail while he was charged by complaint, and afterwards was indicted for the same offense, and bail again refused in the lower court, without any additional facts, the judgment must be reversed and the cause remanded.

Appeal from the District Court of Clay.   Tried below before the Honorable H. F. Weldon.

Appeal from a *habeas corpus* proceeding denying bail.

The opinion states the case.

No brief on file for appellant.

*R. H. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—This is a companion case to number 6668, Ex Parte H. T. Scott.   When the matters were before us on the former occasion it appeared as a joint proceeding against the two relators, H. T. Scott and Sewell Fields, under file number of 6644.   The parties have been indicted separately and hence the present proceedings appear under separate numbers.   What we have said in Ex Parte H. T. Scott, 90 Texas Crim. Rep., 100; No. 6668 is applicable to the instant case.

The judgment of the trial judge in the instant case must be reversed, and relator, Sewell Fields, ordered admitted to bail in the sum of $7,500.

*Bail granted.*